UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN GALLION, a single woman,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MEDCO HEALTH SOLUTIONS, INC., Administrator of the MEDCHOICE DISABILITY PROGRAM,<br><br>　　　　　　　　Defendant. | NO: 13-CV-0135-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 43). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to either party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

ORDER OF DISMISSAL ~ 1

**IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation for Dismissal (ECF No. 43), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to either party.  All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 22, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2