# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KAREN GALLION,<br>*Plaintiff*<br>v.<br>MEDCO HEALTH SOLUTIONS, INC., Administer of the MEDCHOICE DISABILITY PROGRAM,<br>*Defendant* | )<br>)<br>)  Civil Action No.  13-CV-0135-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the parties' Stipulation for Dismissal (ECF No. 43), all claims and causes of action in this matter are DISMISSED with prejudice and without costs or fees to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on the parties Stipulation for Dismissal.

Date: August 22, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen